UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JULIETTE VELEZ,
MARIANELA MUNIZ, and
All other similarly situated under
29 U.S.C. § 216(b),

CASE NO: 1:18-cv-21828-XXXX

        Plaintiffs,

v.

BILLNET SOLUTIONS CORPORATION;
DIEGO MEDINA TORRES, individually;
MICHELLE FARIA, individually;
CARLOS SUAREZ, individually;
ANDRES VELEZ, individually; and
JESSICA FUENTES, individually

        Defendants.
_____/

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants, BILLNET SOLUTIONS CORPORATION; DIEGO MEDINA TORRES, individually; MICHELLE FARIA, individually; CARLOS SUAREZ, individually; ANDRES VELEZ, individually; and JESSICA FUENTES, individually hereby remove this civil action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants state as follows:

1. Defendant, BILLNET SOLUTIONS CORPORATION, accepted service of process on or about April 5, 2018 through undersigned counsel.
2. Undersigned counsel was authorized to accept service on behalf of the other Defendants: DIEGO MEDINA TORRES, MICHELLE FARIAS, CARLOS SUAREZ, ANDRES VELEZ, and JESSICA FUENTES on April 10, 2018.
3. This **Notice of Removal** is filed within thirty (30) days after accepting service by Defendants of Plaintiffs' petition and is, therefore, timely pursuant to 28 U.S.C. § 1446(b).
4. A copy of all process, pleadings and orders served upon defendant in the state court

action are attached hereto as Exhibit "A".

5. This action is a civil action arising under the Fair Labor Standards Act, a law of the United States, of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b).

6. Contemporaneously with the filing of this **Notice of Removal**, written notice will be given to all other parties to the action and to the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, that this **Notice of Removal** is being filed with this Court.

WHEREFORE, Defendants, BILLNET SOLUTIONS CORPORATION; DIEGO MEDINA TORRES, individually; MICHELLE FARIA, individually; CARLOS SUAREZ, individually; ANDRES VELEZ, individually; and JESSICA FUENTES respectfully remove this action to this Court for further proceedings according to law.

## CERTIFICATE OF SERVICE

I certify that on May 7, 2018, a true and correct copy of the foregoing was filed through the Florida e-filing system and electronically served by same to J. Freddy Perera, Esq.; 12555 Orange Drive, Davie, FL 33330.

By: s/ *Virginia Lee Perez, Esq.*
VIRGINIA LEE PEREZ, FBN 85266
SENEN GARCIA, FBN 58631
Law Office of Senen Garcia, P.A.
2665 S. Bayshore Dr., Ste 220
Coconut Grove, FL 33133
Telephone: (305) 606-6139
Fax: (305) 856- 0622
vperez@sgarcialaw.com
senen@sgarcialaw.com
office@sgarcialaw.com