UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21828-CIV-OTAZO-REYES

CONSENT CASE

JULIETTE VELEZ,
MARIANELA MUNIZ,
and all others similarly
situated under 29 U.S.C. § 216(b),

    Plaintiffs,

v.

BILLNET SOLUTIONS CORPORATION,
DIEGO MEDINA TORRES,
MICHELLE FARIAS, CARLOS SUAREZ,
ANDRES VELEZ, and JESSICA FUENTES,

    Defendants.
_____/

ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiffs Juliette Velez, Marianela Muniz, and Pegan West's (collectively, "Plaintiffs") and Defendants Billnet Solutions Corporation, Diego Medina Torres, Michelle Farias, Carlos Suarez, Andres Velez, and Jessica Fuentes' (collectively, "Defendants") (together, the "Parties") Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice (hereafter, "Joint Motion for Approval and Dismissal") [D.E. 61]. Having been apprised of the terms of the Settlement Agreement between the Parties, it appears to the Court that due cause exists to approve the Parties' settlement pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982) and dismiss Plaintiffs' claims with prejudice, with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement. Therefore, it is

ORDERED AND ADJUDGED that the Joint Motion for Approval and Dismissal [D.E. 61] is GRANTED. It is further

ORDERED AND ADJUDGED that the Confidential Settlement Agreement is hereby APPROVED by the Court and only Plaintiffs' claims are DISMISSED WITH PREJUDICE with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.[1] The Parties shall finalize the settlement through the exchange of consideration as contemplated in the Confidential Settlement Agreement. Each party shall bear its own costs and attorney's fees, except as otherwise stated in the Confidential Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of November, 2019.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to: Counsel of Record

Copies furnished by mail to: Alexandra Colby
3437 NW 4th Terrace
Miami, FL 33125

Bianca Oreck
9001 SW 167th Court
Miami, FL 33196

---

[1] Plaintiffs Alexandra Colby and Bianca Oreck's claims remain pending.